JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINGA G. SOTO,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>UNITED STATES OF AMERCA,<br><br>　　　　Defendant. | Case No. 2:22-cv-03607-AB-RAO<br><br>[~~PROPOSED~~] **JUDGMENT**<br><br>Honorable André Birotte Jr.<br>United States District Judge |

　　　　Pursuant to the Court's January 4, 2024 Findings of Fact and Conclusions of Law After Bench Trial (Dkt. 89), the Court ORDERS, ADJUDGES, AND DECREES that:

　　　　1.　　Judgment is entered in favor of Plaintiff Dominga G. Soto and against Defendant United States of America on Plaintiff's claim of negligence.

　　　　2.　　Damages are awarded to Plaintiff in the amount of $27,524.40.

　　　　3.　　The above damages reflect the 80% reduction from the total damages amounts for Plaintiff's comparative liability.

　　　　4.　　Attorneys' fees are limited by 28 U.S.C. § 2678.

　　　　**SO ORDERED.**

DATED: January 11, 2024

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　HONORABLE ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE